**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 13, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00649-CV

---

### IN RE DANG'S ENTERPRISES, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**56th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 15-CV-0152**

---

## MEMORANDUM OPINION

On August 3, 2015, relator, Dang's Enterprises, Inc., filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Lonnie Cox, presiding judge of the 56th District Court of Galveston County, to set aside his May 14, 2015 order granting the motion to dismiss

relator's claims against real party in interest, Philip H. Roberts, pursuant to Rule 91a of the Texas Rules of Civil Procedure.[1]

Relator has not shown that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.

---

[1] Tex. R. Civ. P. 91a.